AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>CRISTIAN RIVAS-BONILLA,<br><br>*Defendant(s)* | Case No. 8:25-mj-02957<br>WD/LA 1:25-mj-00210-01 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 4, 2025__ in the county of __Prince George's__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 111 | Resisting, Opposing, Impeding, Interfering with a Federal Officer |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

*A. Wiley*
Complainant's signature

Special Agent Aziz Wiley, HSI
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 11/11/2025

Judge's signature

City and state: Greenbelt, Maryland

Hon. Ajmel A. Quereshi, U.S. Mag. Judge
Printed name and title